# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RODNEY JOE HATCHER

NO. 2020 KW 0572

**SEPTEMBER 14, 2020**

---

In Re:   Rodney Joe Hatcher, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 15-CR4-12937.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED.**

PMc
JEW

**Holdridge, J.,** concurs and would deny the writ application on the showing made.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT